IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANCISCO DIAZ VARGAS,
A/K/A JESUS DIAZ,

    Defendant.

4:17CR3068

INDICTMENT

21 USC §§ 841(a)(1), (b)(1)

The Grand Jury charges that

## COUNT I

On or about July 19, 2016, in the District of Nebraska, FRANCISCO DIAZ VARGAS, A/K/A JESUS DIAZ, defendant herein, did knowingly and intentionally distribute 5 grams or more of actual methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

## COUNT II

On or about July 21, 2016, in the District of Nebraska, FRANCISCO DIAZ VARGAS, A/K/A JESUS DIAZ, defendant herein, did knowingly and intentionally distribute 5 grams or more of actual methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

MARTIN R. KLEIN
Special Assistant U.S. Attorney