# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:17CR3068 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **MOTION TO DISCLOSE** |
| vs. | ) | **IDENTITY OF CONFIDENTIAL** |
| | ) | **INFORMANT AND MAKE** |
| FRANCISCO DIAZ VARGAS, | ) | **AVAILABLE FOR INTERVIEW** |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Francisco Diaz Vargas, by and through his attorney of record, Carlos A. Monzón, and hereby moves this Honorable Court for an Order directing the prosecuting authority to disclose to defense counsel, the identity of the confidential informant involved in this case. Further, that said confidential informant be made available for interviews by defense counsel.

Defense counsel attaches and incorporates by reference herein the attached Memorandum Brief in Support of the instant Motion.

WHEREFORE, Defendant hereby prays that this Honorable Court will enter an Order directing the prosecuting authority to disclose the identity of the confidential informant and further directing the prosecuting authority to make the confidential informant available for interviews as requested by defense counsel. Defendant respectfully requests oral argument on this issue.

Respectfully submitted this 20th day of July, 2017.

**FRANCISCO DIAZ VARGAS, Defendant**

By /s/ Carlos A. Monzón
    Carlos A. Monzón (#20453)
    Attorney for Defendant
    1133 H Street
    Lincoln, Nebraska 68508
    (402) 477-8188

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2017, I electronically filed the foregoing Notice of Appearance to the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to all counsel of record including: Martin Klein, AUSA.

    /s/Carlos A. Monzón
    Carlos A. Monzón