IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3068 |
| vs. | |
| FRANCISCO DIAZ VARGAS, | ORDER |
| Defendant. | |

Counsel for the government was scheduled for trial before both Judge Kopf and Judge Gerrard on October 2, 2017. After conferring with defense counsel and counsel for the government,

IT IS ORDERED that the trial of this case remains set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on October 2, 2017, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

September 5, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge