IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:17CR3068 |
| v. | ) | |
| FRANCISCO DIAZ VARGAS, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

After holding a hearing today and considering the request of Mr. Diaz Vargas through his counsel Mr. Monzon to reconsider my previous order (filing no. 26) granting Mr. Monzon's oral motion to withdraw,

IT IS ORDERED that:

(1) My previous order (filing no. 26) stands. That is, Mr. Monzon's earlier oral motion to withdraw as counsel which I previously granted may not be revoked despite the waiver of Francisco Diaz Vargas.[1]

(2) The matter is referred to Magistrate Judge Zwart for a new trial setting and for the appointment of counsel if that is necessary.

DATED this 2nd day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] See, e.g., *Morales United States v. Alfonzo-Reyes*, 592 F.3d 280, 293-295 (1st Cir. 2010) (despite defendant's offer of waiver, upholding a disqualification where defense attorney previously represented a government witness likely to testify against defendant at trial and where there was no evidence that testifying witness had waived the conflict of interest).