IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO DIAZ VARGAS,<br><br>    Defendant. | 4:17CR3068<br><br>**ORDER** |

Defendant's retained counsel, Carlos Monzon, was required to withdraw due to a conflict of interest. Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Attorney Korey Reiman is appointed to represent the above named defendant in this matter and shall promptly file an entry of appearance on behalf of Defendant.

2) The clerk shall forward this memorandum and order to the Federal Public Defender.

3) The Federal Public Defender shall forthwith provide Mr. Reiman with the appropriate CJA forms in accordance with the Criminal Justice Act Plan for this district.

October 5, 2017.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge